# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**ROBERT COLLINS**                                                                  **PLAINTIFF**

**v.**                                                             **CIVIL ACTION NO. 3:22-CV-140-LGI**

**HITACHI ENERGY USA, INC.**

                                                                                      **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Robert Collins, and Defendant, Hitachi Energy USA, Inc., advise the Court that they have resolved their disputes amicably and wish to dismiss this suit with prejudice. The Parties move the Court by *ore tenus* motion for an Order dismissing this case with prejudice.

IT IS HEREBY ORDERED that this matter is hereby dismissed with prejudice, each party to bear her or its own costs. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

SO ORDERED, this, the 9th day of March, 2023.

                                                         *[signature]*
                                                HONORABLE LAKEYSHA GREER ISAAC

AGREED:

*/s Juan B. Hernnadez*
Juan Hernandez (MB# 104787)
jhernandez@bakerdonelson.com
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC
1301 McKinney Street, Suite 3700
Houston, Texas 77010
Telephone: (713) 650-9700
Facsimile: (713) 650-9701

*Counsel for Defendant*

*/s Nick Norris*
Nick Norris (MB #101574)
WATSON & NORRIS, PLLC
1880 Lakeland Drive, Suite G
Jackson, Mississippi 39216
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
nick@watsonnorris.com

*Counsel for Plaintiff Robert Collins*